NOVEMBER TERM, 1916.          293

*90 N. J. L.*          Albrecht v. Penna. R. R. Co.

## CHARLES ALBRECHT, RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Hudson County Circuit Court.

For the appellant, *Vredenburgh, Wall & Carey (John A. Hartpence* on the brief).

For the respondent, *Queen & Stout.*

PER CURIAM.

The questions raised on this appeal are determined, in effect, by the principles laid down by this court in *Carr v. Pennsylvania Railroad Co.,* 88 N. J. L. 235.

The judgment below will be affirmed, with costs.

